Bate v. Sheets.

From the Clinton Circuit Court.

*J. N. Sims*, for appellant.

*H. Y. Morrison*, for appellee.

PETTIT, J.—Rule 19 of this court has not been complied with by making marginal notes on the transcript.

There is no note as to the ruling on demurrer to the complaint or to the answer, nor are there any notes to the evidence, which is in the record, and is long, numerous witnesses having been examined.

The submission is set aside, at the costs of the appellant.